1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| THE LEAGUE OF RESIDENTIAL NEIGHBORHOOD ADVOCATES, et al., | CASE NO. CV03-04890-CAS |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

In view of the decision in *The League, etc., et al. v. The City of Angeles, etc.*, et al., 498 F.3d 1052 (9th Cir. 2007),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that judgment shall be and hereby is entered in favor of the Plaintiffs in this action and against the City of Los Angeles and the Congregation Etz Chaim ("Defendants") on Plaintiffs' third claim alleged in the first and second amended complaints that the settlement

/ / /
/ / /
/ / /
/ / /
/ / /

8923014.1

[PROPOSED] JUDGMENT
CASE NO. CV03-04890-CAS

1  agreement between Defendants, which is an exhibit to each of the complaints filed
2  by the Plaintiffs in this action, is invalid and unenforceable under California law.

Date: April 24, 2009

*Christine A. Snyder*

U.S. DISTRICT COURT JUDGE